

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| ERICK HERNANDEZ, | § | No. 08-17-00255-CV |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| JOE TALAMANTES, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2014DCV0610) |
| | § | |

**O R D E R**

On March 5, 2018, this Court issued an order extending the time to mediate the case until April 5, 2018. As of this date, neither a motion to extend mediation nor a motion to reestablish the appellate timetable has been filed.

Therefore, the Court, on its own motion, ORDERS this appeal to continue. The appellate timetable suspension is lifted and the Clerk's Record (1 volume) received on January 5, 2018 and the Reporter's Record (1 volume) received on January 16, 2018 have this day been filed. Appellant's brief is due 30 days from the date of this order.

IT IS SO ORDERED this 13th day of April, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.